# The United States of America

## Corrected Native Allotment

AA-8279

This Corrected Certificate of Allotment is issued in lieu of Certificate No. 50-92-0680 dated September 25, 1992, recorded in the Bristol Bay Recording District, Book 39, page 544, to reflect conveyance is subject to a pre-existing and nonexclusive use road

### Ellamae A. Chaney

This Native Allotment is a deed issued by the UNITED STATES, Department of the Interior, Bureau of Land Management, 222 West Seventh Avenue, #13, Anchorage, Alaska 99513-7504, as GRANTOR, to Ellamae A. Chaney, P.O. Box 13, Dillingham, Alaska 99576-0013, as GRANTEE, for lands in the Bristol Bay Recording District.

   IT IS HEREBY CERTIFIED That, the application AA-8279, filed pursuant to the Act of May 17, 1906, as amended, 43 U.S.C. §§ 270-1 to 270-3 (1970), repealed with a savings provision by 43 U.S.C. § 1617(a) (2000), has been approved pursuant to that Act, as amended, for the following-described land:

   Lot 6, U.S. Survey No. 7143, Alaska.

Containing 17.64 acres, as shown on the plat of survey officially filed on June 15, 1984.

Therefore, let it be known that, pursuant to the Act of May 17, 1906, as amended, the land described above shall be deemed the homestead of the allottee and her heirs in perpetuity, and shall be inalienable and nontaxable until otherwise provided by Congress or until the Secretary of the Interior or his delegate, pursuant to the provisions of the Act of May 17, 1906, as amended, approves a deed of conveyance vesting in the purchaser a complete title to the land.

Certificate No. _____    Page 1 of 2

EXCEPTING AND RESERVING TO THE UNITED STATES:

1. A right-of-way thereon for ditches or canals constructed by the authority of the United States. Act of August 30, 1890, 43 U.S.C. § 945; and

2. All the oil and gas in the land so described, and to it, or persons authorized by it, the right to prospect for, mine, and remove such deposits from the same upon compliance with the conditions and subject to the provisions and limitations of the Act of March 8, 1922, as amended and supplemented, 43 U.S.C. §§ 270-11-13.

THE GRANT OF THE ABOVE-DESCRIBED LAND IS SUBJECT TO: The continued right of public access along the non-exclusive use road, not to exceed ten (10) feet in width.

_____
Paul P. Krabacher
Association Deputy State Director
Division of Lands and Cadastral

Dated at ANCHORAGE, ALASKA

on _____

Location Index for Recording Information:
Lot 6, USS 7143: Sec. 14, T. 13 S., R. 56 W., SM

Return Recorded Document to:

Certificate No. _____