RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Kenneth H. Shade

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENNETH H. SHADE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; et al.,<br><br>    Defendants. | <br><br><br><br><br><br><br><br>Case No. 3:20-cv-00198-HRH |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO DIRECT BLM TO ISSUE
CORRECTED ALLOTMENT CERTIFICATE TO CHANEY**

Plaintiff Kenneth H. Shade has filed a motion asking for a ruling that he has now satisfied the requirement to exhaust administrative remedies, and for an order directing the Bureau of Land Management ("BLM") to issue to Ellamae Chaney the corrected Native allotment certificate that it has prepared. The Court has reviewed any response to that motion.

*Kenneth H. Shade v. U.S. Department of the Interior, et al.*
U.S. District Court for the District of Alaska, Case No. 3:20-cv-00198-HRH     Page 1 of 2

Case 3:20-cv-00198-HRH   Document 213-4   Filed 12/18/25   Page 1 of 2

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. BLM is directed to issue to Ms. Chaney, by _____, 2026, the corrected Native allotment certificate that it has prepared.

_____
H. Russel Holland
United States District Judge

## Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

/s/ Russell L. Winner
Russell L. Winner

*Kenneth H. Shade v. U.S. Department of the Interior, et al.*
U.S. District Court for the District of Alaska, Case No. 3:20-cv-00198-HRH — Page 2 of 2

Case 3:20-cv-00198-HRH   Document 213-4   Filed 12/18/25   Page 2 of 2

Law Offices of
WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522