MICHAEL J. HEYMAN
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Bryan.Wilson@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENNETH H. SHADE,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et.al.,<br><br>      Defendants. | Case No. 3:20-cv-00198-HRH |

**SUBSTITUTION OF COUNSEL AND DISCONTINUATION OF SERVICE**

  Assistant U.S. Attorney E. Bryan Wilson notifies the court of his appearance in the above referenced case. Jacquelyn A. Traini is withdrawn as counsel of record. All future filings should be directed to Mr. Wilson.

RESPECTFULLY SUBMITTED this 7th day of January 2026 in Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

s/ E. Bryan Wilson
Assistant U. S. Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on January 7, 2026,
a copy of the foregoing was served electronically
on all counsel of record, including:

Russell L. Winner
Winner & Associates, P.C.
*Attorney for Plaintiff*

s/ E. Bryan Wilson
Office of the U.S. Attorney

*Shade v. U.S. Dept. of the Interior et al.*
Case No. 3:20-cv-00198-HRH        Page 2 of 2